# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

SHERLEY LOUISE PRESCOTT,

Appellant,

v.

ROBERT ANTONIO PRESCOTT,

Appellee.

No. 2D2023-0852

————————————————

May 24, 2024

Appeal from the Circuit Court for Hillsborough County; Nancy L. Jacobs, Judge.

Neil E. Polster of Polster Law Firm, Tampa, for Appellant.

Christina Diaz of Cordell Law, LLP, Miami, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.